86 A.3d 863

COMMONWEALTH of Pennsylvania, Respondent

v.

Walter K. GIKAMI, Petitioner.

Supreme Court of Pennsylvania.

March 11, 2014.

## ORDER

PER CURIAM.

**AND NOW,** this 11th day of March 2014, the Petition for Allowance of Appeal is **GRANTED,** the Superior Court's decision is **VACATED,** and the matter is **REMANDED.** to the Common Pleas Court for further proceedings consistent with *Commonwealth v. Holmes,* 621 Pa. 595, 79 A.3d 562 (2013).

Mr. Justice Stevens would deny, clarifying that he would not want to encourage trial courts to automatically accept claims of ineffectiveness simply because of the alleged failure of counsel to mention deportation as a possible consequence.